IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EVELYN BROWN, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-199 |
| EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, and WORLD FINANCE CORPORATION OF GEORGIA, a Georgia corporation, d/b/a STERLING FINANCE, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of voluntary dismissal (Doc. 15), which dismisses her claims against Defendant World Finance Corporation of Georgia without prejudice. **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant World Finance Corporation of Georgia are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and attorney's fees with respect to the dismissed claims. The Clerk is **DIRECTED** to terminate Defendant World Finance Corporation of Georgia d/b/a Sterling Finance from the case. Plaintiff's claims against Defendant Equifax Information Services, LLC shall proceed in due course.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of March, 2019.

                                                                        _____
                                                                        J. RANDAL HALL, CHIEF JUDGE
                                                                        UNITED STATES DISTRICT COURT
                                                                        SOUTHERN DISTRICT OF GEORGIA