IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EVELYN BROWN, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-199 |
| EQUIFAX INFORMATION SERVICES, LLC, and STERLING FINANCE COMPANY, INC., | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 34.) Plaintiff and Defendant Equifax Information Services, LLC signed the voluntary dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of September, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA